**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

**PNC BANK NA,**
            **Plaintiff,**

v.                                               **Case No. 14CV474**

**PAUL D BUDZISZ and**
**SUSAN L BUDZISZ,**
            **Defendants.**
_____

## ORDER

On April 24, 2014, plaintiff PNC Bank filed the complaint in this case. Under Rule 12(a) of the Federal Rules of Civil Procedure, defendants had 21 days after being served to file a responsive pleading. To date, neither defendant has answered the complaint. On June 18, 2014, plaintiff filed what it called a summary judgment motion, although it appears plaintiff is actually seeking default judgment. Under Civil Local Rule 56(b)(2), defendants had 30 days from the date of service to respond to the summary judgment motion. To date, defendants have not responded. The only communication defendants have had with this court was a June 5, 2014 letter requesting "more time before this case would go to court." I will grant defendants an extension until August 27, 2014 to respond to plaintiffs' complaint and motion. However, defendants are warned that if they fail to respond by August 27, 2014, I will grant plaintiff's motion and enter a default judgment against them.

Dated at Milwaukee, Wisconsin, this 7th day of August, 2014.

                                                                     s/ Lynn Adelman
                                                                      _____
                                                                      LYNN ADELMAN
                                                                      District Judge