IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| PNC BANK, N.A., <br><br>    Plaintiff, <br><br>  v. <br><br>PAUL D. BUDZISZ <br>and SUSAN L. BUDZISZ <br><br>    Defendants. | Case No. 14-CV-474 |

**ORDER GRANTING MOTION TO PROVE ATTORNEYS' FEES AND COSTS**

  This matter coming to be heard on the Motion to Prove Attorneys' Fees and Costs; proper notice having been served and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED**:

  1. Motion is granted.

  2. Attorneys' fees and costs specified in the Affidavit of Kurt M. Carlson are hereby approved in the amount of $4,977.36.

  3. The Judgment entered by this Court on November 5, 2014 in favor of PNC and against defendants Paul D. Budzisz and Susan L. Budzisz in the amount of $99,720.92, is hereby amended to include the approved attorneys' fees and cost described above, for an aggregate judgment amount of $104,698.28.

  Dated at Milwaukee, Wisconsin this 17th day of March 2015.

            s/ Lynn Adelman
            _____
            LYNN ADELMAN
            District Judge